# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DANIEL L. WRIGHT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-879

[October 8, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey J. Colbath, Judge; L.T. Case No. 2011-CF-005808-AXXX-MB.

Daniel L. Wright, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***